**Copyrights-In-Suit for IP Address 184.57.20.1**

**ISP:** Road Runner
**Location:** Columbus, OH

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 11/08/2013 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 04/11/2014 |
| Enchanting Real Orgasms | PA0001833295 | 03/22/2013 | 04/01/2013 | 04/25/2013 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 11/08/2013 |
| Everlasting Friendship | PA0001834620 | 04/11/2013 | 04/12/2013 | 01/25/2014 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 11/01/2013 |
| Good Morning Baby | PA0001847655 | 06/04/2013 | 06/18/2013 | 08/03/2013 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 11/01/2013 |
| Happy Birthday Capri | PA0001846087 | 05/24/2013 | 06/17/2013 | 05/29/2013 |
| Hot Chocolate | PA0001859657 | 07/11/2013 | 08/02/2013 | 08/03/2013 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 03/09/2014 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 04/24/2013 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 03/08/2014 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 08/03/2013 |
| Malibu Moments Part #2 | PA0001860958 | 08/15/2013 | 09/02/2013 | 09/15/2013 |
| Marry Me | PA0001847650 | 05/25/2013 | 06/18/2013 | 05/29/2013 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 05/18/2014 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 05/20/2014 |
| Names | PA0001843106 | 05/10/2013 | 05/14/2013 | 05/29/2013 |
| New Romance | PA0001860972 | 08/05/2013 | 09/03/2013 | 01/29/2014 |
| Newlyweds | PA0001859662 | 07/04/2013 | 07/26/2013 | 08/03/2013 |

EXHIBIT B

SOH83

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 01/29/2014 |
| Snow White and the Prince | PA0001846095 | 05/22/2013 | 06/17/2013 | 05/29/2013 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 05/29/2013 |
| Together at Last | PA0001846096 | 05/18/2013 | 06/16/2013 | 05/29/2013 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 03/09/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  26**

EXHIBIT B

SOH83