IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Malibu Media, LLC,

    Plaintiff,

  v.                                      Case No. 2:14-cv-821

David Ricupero,                    JUDGE ALGENON L. MARBLEY
                                              Magistrate Judge Kemp

    Defendant.

## ORDER OF REFERENCE

      Upon receipt of written consent of all parties to the above action contained in the Rule 26(f) report (Doc. 11) and pursuant to 28 U.S.C. §636(c), this case is **REFERRED** to United States Magistrate Judge Terence P. Kemp for the conduct of all further proceedings.

    **IT IS SO ORDERED**.

                                                  s/Algenon L. Marbley
                                                  ALGENON L. MARBLEY
                                                  UNITED STATES DISTRICT JUDGE