```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Malibu Media, LLC,              :

    Plaintiff,              :

  v.                            :       Case No. 2:14-cv-821

                                :

David Ricupero,                         Magistrate Judge Kemp

    Defendant.              :

## MEMORANDUM OF FIRST PRETRIAL CONFERENCE

This matter came before the Court on December 2, 2014 at 1:30 p.m. at the First Pretrial Conference pursuant to notice and in accordance with Rule 16 of the Federal Rules of Civil Procedure. Counsel appeared as follows:

    For the Plaintiff:

    Yousef M. Faroniya

    For Defendant:

    Joseph A. Bahgat

    The following matters were considered:

    A.    <u>VENUE AND JURISDICTION</u>

        There are no contested venue or jurisdictional issues.

    B.    <u>PARTIES AND PLEADINGS</u>

        Any motion to join parties or to amend the pleadings shall be filed by January 27, 2015.

    C.    <u>MOTIONS</u>

        Plaintiff's motions to dismiss the

counterclaims and to strike are pending.

D. ISSUES

This is a copyright infringement case. Plaintiff claims that Defendant has infringed its copyright by distributing certain copyrighted movies listed in the complaint using the BitTorrent file distribution network.

Defendant denies liability and raises various defenses. He has also counterclaimed. There is a jury demand.

E. DISCOVERY PROCEDURES

All discovery shall be completed by April 15, 2015. For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so.

Any motions for summary judgment shall be filed by May 15, 2015.

F. EXPERT TESTIMONY

If any party seeks to establish a matter affirmatively through the use of expert testimony, that party shall identify such expert by February 21, 2014. That identification shall be by way of the disclosures required by Fed. R. Civ. P. 26(a)(2), which reads in full:

*Witnesses Who Must Provide a Written Report.* Unless otherwise stipulated or ordered by the court, this disclosure must be accompanied by a written report--prepared and signed by the witness--if the witness is one retained or specially employed to provide expert testimony in the case or one whose duties as

2

the party's employee regularly involve giving expert testimony. The report must contain:

(i) a complete statement of all opinions the witness will express and the basis and reasons for them;

(ii) the facts or data considered by the witness in forming them;

(iii) any exhibits that will be used to summarize or support them;

(iv) the witness's qualifications, including a list of all publications authored in the previous 10 years;

(v) a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and

(vi) a statement of the compensation to be paid for the study and testimony in the case.

If any other party intends to use expert testimony directed to that subject matter, that party shall identify, in the same manner, such expert by March 21, 2015.

Pursuant to Fed. R. Civ. P. 26(b)(4)(A), leave of court is not required in order to depose a testifying expert.

G.  SETTLEMENT

The parties shall make a good faith effort to settle this case.  This case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference during this Court's March, 2015 settlement week.  In order for the conference to be meaningful, all discovery that may affect the parties' ability to evaluate this case for settlement purposes must be completed prior to the beginning of settlement week.  The parties will also be expected to comply fully with the settlement

        week orders which require, <u>inter</u> <u>alia</u>, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

    H.    <u>OTHER MATTERS</u>

        The Clerk shall set this case for a status conference on April 7, 2015, at 1:30 p.m.

    If the foregoing does not accurately record the matters considered and the agreements reached at the conference, counsel will please immediately make their objection in writing. If any date set in this order falls on a Saturday, Sunday or legal holiday, the date is automatically deemed to be the next regular business day.

                                  <u>/s/ Terence P. Kemp</u>
                                  United States Magistrate Judge