UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC, :
: Civil Case No.: 2:14-cv-00821-ALM-TPK
Plaintiff, :
:
vs. :
:
DAVID RICUPERO, :
:
Defendant. :
:
---------------------------------------------------------------X

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION AND IN THE ALTERNATIVE, FOR CLARIFICATION AND LEAVE TO AMEND PURSUANT TO L.R. 7.2(a)(2)**

Defendant moves to strike Plaintiff's Opposition to Defendant's Motion for Reconsideration [CM/ECF 27] on the basis that it was untimely. Defendant's motion is meritless.

Local Rule 7.2(a)(2) states that "[a]ny memorandum in opposition shall be filed within twenty-one days *after the date of service* of the motion." L.R. 7.2(a)(2) (emphasis added). Fed. R. Civ. P. 6 provides for an additional 3 days response time after service in certain circumstances. *See Fed. R. Civ. P. 6(d)* ("When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).")

Fed. R. Civ. P. 5(b)(2)(E) states that: "A paper is served under this rule by: sending it by electronic means." Fed. R. Civ. P. 5(b)(2)(E). Service by the Court's electronic filing system constitutes "electronic means" for purposes of Fed. R. Civ. P. 5(b)(2)(E). *See e.g. Nugent v.*

1

*Astrue*, No. 3:08-CV-155, 2009 WL 1346055, at *1 (E.D. Tenn. May 11, 2009) ("[I]ts objection was subject to an additional three-day extension under Rule 6(d) because service of the R & R was made under the court's electronic filing system under Rule 5(b)(2)(E)"); *see also United States v. Toy*, No. 1:05-CR-124, 2010 WL 4806748, at *1 (S.D. Ohio Nov. 16, 2010) ("when service is made in the manner provided under Fed.R.Civ.P. 5(b)(E), three days are added to the time period in question. Rule 5(b)(E) governs service by electronic means. As the Report was served electronically through the Court's CM/ECF system, three days are added to the fourteen-day period.")

> The Federal Rules of Civil Procedure extend this period by another three days when the moving party makes service by mail or electronic means. Fed.R.Civ.P. 11(c)(1)(A), 6(e). Specifically, "[w]henever a party must or may act within a prescribed period after service and service is made under Rule 5(b)(2)(B), ... or (D), 3 days are added after the prescribed period would otherwise expire under subdivision (a)." Fed.R.Civ.P. 6(e). When computing the period of time prescribed or allowed by the rules, the day of the act or event "from which the designated period of time begins to run shall not be included ... [and the] last day of the period shall be included." Fed.R.Civ.P. 6(a).

*Bosley v. WFMJ Television, Inc.*, No. 4:04CV2529, 2006 WL 2474961, at *2 (N.D. Ohio Aug. 25, 2006).

In this case, Defendant filed his Motion to Reconsider on February 20, 2015. Plaintiff's response was timely filed on March 16, 2015, 24 days after Defendant's motion was filed. For the foregoing reasons Plaintiff respectfully requests that this Court deny Defendant's Motion to Strike.

DATED: April 8, 2015.

Respectfully submitted,

**YMF, INC.: The Law Office of Yousef M. Faroniya**

/s/ *Yousef M. Faroniya*

2

Yousef M Faroniya
84 S. 4th St.
Columbus, Ohio 43215
Tel.: (614) 360-1855
Fax: (614) 859-5016
E-mail: yousef@ymfincorporated.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was electrically filed using the CM/ECF system, and that the following counsel of record were served with notice of the same: Joseph A. Bahgat, joe@hubcitylawgroup.com and Jason E. Sweet jsweet@boothsweet.com.

By: /s/ *Yousef M. Faroniya*