## DECLARATION OF PATRICK PAIGE

**I, PATRICK PAIGE, DO HEREBY DECLARE:**

1.      I am over the age of eighteen (18) and otherwise competent to make this declaration.  The facts stated in this declaration are based upon my personal knowledge.

2.      I have *never* been convicted of a felony.

3.      My 2011 arrest was expunged.

4.      I have no criminal record.

5.      I take no medicine that would affect my ability to perform the services requested of me in connection with this lawsuit.

6.      I take my business, Computer Forensics, LLC, and livelihood extremely seriously and would never do anything to jeopardize them.

7.      My reputation is my most valuable asset.

8.      I adhere to the utmost levels of professionalism and have never been accused by anyone of professional misconduct.

9.      Defense Counsel's false accusation is both unfounded and *extremely* offensive.

**FURTHER DECLARANT SAYETH NAUGHT.**

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated this 10th day of April, 2015.

By: _____

**PATRICK PAIGE**

1

Exhibit "A"