Yousef Faroniya <yousef@ymfincorporated.com>

## MM v. Ricupero | SOH83

**Yousef Faroniya** <yousef@ymfincorporated.com>                                             Mon, Apr 6, 2015 at 4:10 PM
To: Jason Sweet <jsweet@boothsweet.com>

Jason,

Your recent filing accuses Patrick Paige of being a convicted felon. He is not. He does not have a criminal record, period. He is a national hero. Your filing is offensive to him, us, and anyone who appreciates justice. For these reasons, we are going to move to strike the false accusation from your filing. Do you consent? If I don't hear from you by day's end, I will so advise the court

--
Yousef M. Faroniya
CEO and Attorney at Law
YMF Inc.
84 S. 4th St.
Columbus, Ohio 43215
(614) 961-6606
yousef@YMFincorporated.com
YMFincorporated.com

CONFIDENTIALITY NOTE: This message originates from Yousef M. Faroniya, Esq. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately at: yousef@ymfincorporated.com. Thank you.

IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii), marketing, or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be deemed to be a debt collector and any information obtained may be used for that purpose.

Exhibit "B"

Yousef Faroniya <yousef@ymfincorporated.com>

## MM v. Ricupero | SOH83

**jsweet@boothsweet.com** <jsweet@boothsweet.com>                Mon, Apr 6, 2015 at 5:06 PM
To: Yousef Faroniya <yousef@ymfincorporated.com>

Yousef

Mr. Paige was arrested for possession of hydrocodone, a felony. s such, I suspect, but do not know, that he was arrested, he was forced from the Sheriff's office per the IA and termination documents that I have and have given to Erin, and as part of that deal he either:
(i) was never charged and the arrest was expunged; or
(ii) he was convicted of a misdemeanor, and that was sealed.

I can only speculate though. I can say that his IA file shows he was alleged to have committed a felony, and that allegation was sustained in that IA file.

Sent from my iPhone
[Quoted text hidden]

Yousef Faroniya <yousef@ymfincorporated.com>

## MM v. Ricupero | SOH83

**jsweet@boothsweet.com** <jsweet@boothsweet.com>                Mon, Apr 6, 2015 at 5:25 PM
To: Yousef Faroniya <yousef@ymfincorporated.com>

Yousef

Sorry. I was still drafting the email when I accidentally sent it. I saw the Mr. Paige was arrested for felony drug possession. I have ordered the IA documents from Sheriff's Office, but they did not arrive before I left today for Minneapolis.

I conferred with Jonathan Phillips, and it is his email to me you see. To be clear, Jonathan has not shared any of IA documents with me and I have my own pending FOIA request for them.

To the extent I don't refer to Mr. Paige as a convicted felon, I did so for brevity (without going into every detail of the arrest). To the extent the phrase is misleading, I will consent to a clarification, but for him to claim total innocence would be disingenuous.

I hope this addresses your concerns. Please call me if you have any further questions or concerns.

Regards,
Jason

Sent from my iPhone

> On Apr 6, 2015, at 3:10 PM, Yousef Faroniya <yousef@ymfincorporated.com> wrote:
>
[Quoted text hidden]

Yousef Faroniya <yousef@ymfincorporated.com>

## MM v. Ricupero | SOH83

**jsweet@boothsweet.com** <jsweet@boothsweet.com>                    Tue, Apr 7, 2015 at 2:29 PM
To: Yousef Faroniya <yousef@ymfincorporated.com>

As I said, I will consent to a clarification that Mr. Paige was arrested for felony drug possession, and that the matter was not pursued by the Sheriff's Dept., but it was the reason for his dismissal from the Dept.

Sent from my iPhone
[Quoted text hidden]