# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID RICUPERO, )<br>)<br>Defendant. )<br>) | Case No.: 2:14-cv-00821-ALM-TPK |

**DEFENDANT'S REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION [Doc. 44] TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION [Doc. 31]**

This Court has repeatedly held that Rule 6(d) applies to the S.D. Ohio Civ. R. 7.2(a)(2) deadlines to file response and reply briefs.[1] *See, e.g., Davis v. Astrue*, No. 2:10cv713, 2011 U.S. Dist. LEXIS 109904, at *4-5 (S.D. Ohio Sept. 26, 2011); *DWS Int'l, Inc. v. Meixia Arts & Handicrafts Co., Ltd.*, No. 3:09cv458, 2010 U.S. Dist. LEXIS 130125, at *2-3 (S.D. Ohio Nov. 27, 2010).

*Medical Ctr. at Elizabeth Place, LLC v. Premier Health Partners*, No. 12-cv-26, 2013 U.S. Dist. LEXIS 157580, *9-11 (S.D. Ohio Nov. 4, 2013)

Rule 6, however, provides for exceptions to this application. Namely, a court may not extend the time to act under Rule 59(e). *See* Fed.R.Civ.P. 6(b)(2). A motion for reconsideration is often treated as a motion to alter or amend under Rule 59(e). *See* Doc. 23 p.1 (*citing Shivers v. Grubbs*, 747 F.Supp. 434, 436 (S.D. Ohio 1990)). Therefore Rule 6(d), which provides for additional time after service, is inapplicable to motions filed pursuant to Rule 59(e)—such as Plaintiff's opposition. *FHC Equities, L.L.C. v MBL Life Assur. Corp.,* 188 F3d 678, 681-83 (6th Cir. 1999)

In the instant case, Defendant filed his motion for reconsideration on February 20, 2015. *See* Doc. 23. Plaintiff's Opposition [Doc. 29] was due March 13, 2015—yet was not filed until 3 days later on March 16, 2015 (*id.*).

Because Rule 6(d) does not apply in this instance, the Plaintiff cannot rely on upon the rule to make its motion timely.

---

[1] Local Rule 7.2(a)(2)1 provides that any "memorandum in opposition shall be filed within twenty-one days after the date of service of the motion [and] … no additional memoranda will be permitted except upon leave of the Court for good cause shown." L.R. 7.2(a)(2).

Dated: April 16, 2015

          Respectfully submitted,

          */s/ Jason E. Sweet*
          _____
          Jason E. Sweet (BBO# 668596)
          BOOTH SWEET LLP
          32R Essex Street
          Cambridge, MA 02139
          Tel.: 617-250-8619
          Fax: 617-250-8883
          Email: jsweet@boothsweet.com
          *Pro Hac Vice Appearance*

## CERTIFICATE OF SERVICE

    I hereby certify that on this April 16, 2015 I filed the foregoing document and my supporting affidavit through the Court's CM/ECF system, which will serve the documents on all counsel of record who have consented to electronic service.

          */s/ Jason E. Sweet*