# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO

MALIBU MEDIA, LLC,

        Plaintiff,

v.

        Case No.: 2:14-cv-00821-ALM-TPK

DAVID RICUPERO,

        Defendant.

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that David Ricupero, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from all interlocutory orders and final judgment of the United States District Court for the Southern District of Ohio, Eastern Division, including without exception:

1. The July 14, 2014 Order granting Plaintiff's Motion for Discovery [Doc. 4];

2. The December 3, 2014 Preliminary Pretrial Order [Doc. 15];

3. The February 4, 2015 Opinion & Order granting Plaintiff's Motion to Dismiss Defendant's Counterclaims [Doc. 22];

4. The July 14, 2015 Opinion & Order granting Plaintiff's Motion to Strike Affirmative Defenses; Plaintiff's Motions for Extensions of Time to Submit Expert Witness Reports; Plaintiff's Motion to Compel; Plaintiff's Motion for Extensions of the Discovery Deadlines; Plaintiff's Motion for Extension Dispositive Motion Deadlines; and denying Defendant's Motion for Reconsideration; and Defendant's Motion to Strike [Doc. 67];

5. The February 24, 2016 Order limiting the Defendant's time to respond to Plaintiff's Motion to File Under Seal and Motion to Dismiss to 10 days [Doc. 77];

6. The March 22, 2016 Order on Plaintiff's Motion for Extension of Time to File Response/ Reply [Doc. 83];

7. The March 28, 2016 Order granting Plaintiff's Motion for Extension of Time to File Opposition to Motion for Default Judgment and Motion for Summary Judgment [Doc. 87]; and

8. The Order entered May 13, 2016 [Doc. 91].

Dated: June 12, 2016

        Respectfully,

        */s/ Jason E. Sweet*

        Jason E. Sweet
        BBO# 668596
        BOOTH SWEET LLP
        32R Essex Street
        Cambridge, MA 02139
        Tel.: (617) 250-8602
        Fax: (617) 250-8883
        Email: jsweet@boothsweet.com

        *Pro Hac Vice Appearance*
        Counsel for David Ricupero

## CERTIFICATE OF SERVICE

    I hereby certify that on this June 12, 2016 I filed the foregoing document and my supporting affidavit through the Court's CM/ECF system, which will serve the documents on all counsel of record who have consented to electronic service.

        */s/ Jason E. Sweet*