UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | ) | CASE NO. 2:14-CV-00821 |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| vs. | ) | |
| | ) | **MOTION FOR LEAVE TO FILE** |
| JOHN DOE, et al, | ) | **MOTION AND EXHIBITS UNDER SEAL** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now comes Defendant, by and through counsel, and respectfully moves this Court for an Order granting leave to file under seal Defendant's forthcoming Motion to Redact Defendant's Full Name from the Docket and from All Briefing and Court Orders (the "Motion to Redact"). Defendant further seeks to seal the Exhibits attached to said motion. The reasons for this request are stated below.

On June 8, 2020, undersigned counsel made an appearance on behalf of Defendant in the Sixth Circuit Case entitled *Malibu Media, LLC v. Doe*, Case No. 16-3628 (6th Cir.), an appeal which affirmed this Court's order dated May 13, 2016 dismissing Defendant's counterclaims and Plaintiff's claims. (See District Court Docket No. 106). On June 9, 2020, Defendant filed a motion under seal in the Sixth Circuit case, entitled Motion to Seal This Court's [the Sixth Circuit's] Opinion Issued on August 28, 2017 or, in the Alternative, Redact Petitioner's Full Name from the Court's Opinion. On July 10, 2020, a panel of the Sixth Circuit issued a sealed

order granting Defendant's motion unopposed. The Sixth Circuit issued a redacted Opinion Nunc Pro Tunc, in which each written instance of Defendant's name was redacted.

Defendant's forthcoming Motion to Redact seeks the same relief that was granted by the Sixth Circuit. The reason for the present request to file the Motion to Redact and attached Exhibits under seal is that these documents contain extremely sensitive and private information about Defendant, and they are currently sealed on the Sixth Circuit docket. The Exhibits include two sets of documents. First, there is a motion, brief, and exhibits filed by Defendant on June 9, 2020 in the Sixth Circuit case, which were submitted under seal and remain under seal. Second, there is the sealed order of the Sixth Circuit granting said motion. For the reasons made apparent in the documents, the Sixth Circuit granted Defendant's request to redact his name from the Sixth Circuit opinion and docket. Undersigned counsel will make the Motion and Exhibits available for the Court's in camera review. Undersigned counsel has already made these documents available to counsel for the opposing party, who voiced no objection in the Sixth Circuit.

For the foregoing reasons, Defendant respectfully requests an order granting leave to file under seal in connection with Defendant's forthcoming Motion to Redact.

Respectfully submitted,

 /s/Joshua M. Miklowski                       
Walter A. Lucas (0068150)
SLucas@westonhurd.com
Joshua M. Miklowski (0085690)
jmiklowski@westonhurd.com
Weston Hurd LLP
The Tower at Erieview
1301 East 9th Street, Suite 1900
Cleveland, Ohio  44114-1862
(216) 241-6602 / (216) 621-8369 (fax)
*Attorneys for Defendant David Ricupero*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court system.

    /s/Joshua M. Miklowski
Joshua M. Miklowski (0085690)