# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MALIBU MEDIA, LLC,**

    **Plaintiff,**

  v.                            **Civil Action 2:14-cv-821**
                                     **Chief Judge Algenon L. Marbley**
                                     **Magistrate Judge Chelsey M. Vascura**

**JOHN DOE,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court for consideration of Defendant's Motion for Leave to File Motions and Exhibits under Seal. ("Motion," ECF No. 112.) Plaintiff has not responded to Defendant's Motion. In his Motion, Defendant asserts that he intends to file a forthcoming Motion to Redact and supporting exhibits that contain "extremely sensitive and private information" and that these documents "are currently sealed on the Sixth Circuit docket." (Motion at 2, ECF No. 65.)

Based on Defendant's representations, the Court concludes that Defendant's forthcoming Motion to Redact and supporting exhibits may contain confidential information that should be shielded from public access. Accordingly, Defendant's Motion is **GRANTED**. The sealing of documents, however, must be no broader than necessary. See *Shane Group, Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016) ("'The public has an interest in ascertaining what evidence and records the District Court and this Court have relied upon in reaching our decisions'" (quoting *Brown & Williamson Tobacco Corp. v. F.T.C.*, 710 F.2d 1165,

1181 (6th Cir. 1983)).  Thus, Defendant is **DIRECTED** to file a public version with any confidential, sensitive information redacted **WITHIN SEVEN DAYS** of filing the version under seal.

      **IT IS SO ORDERED.**

                                             /s/ *Chelsey M. Vascura*
                                             CHELSEY M. VASCURA
                                             UNITED STATES MAGISTRATE JUDGE