UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | ) | CASE NO. 2:14-CV-00821 |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| vs. | ) | |
| | ) | **SEALED MOTION FOR ORDER** |
| JOHN DOE, et al, | ) | **REDACTING DEFENDANT'S FULL** |
| | ) | **NAME FROM THE DOCKET AND ALL** |
| Defendant. | ) | **BRIEFING AND COURT ORDERS** |
| | ) | |

Now comes Defendant, ▮▮▮▮▮▮▮ by and through undersigned counsel, and respectfully requests this Court enter an Order redacting Defendant's full name from the docket and all briefing and court orders. The reasons for this request are set forth in detail in the attached sealed Exhibits, which were previously submitted to the Sixth Circuit in *Malibu Media, LLC v. Doe*, Case No. 16-3628 (6th Cir.). Identical relief was granted to the Defendant in the Sixth Circuit case on July 10, 2020.

Respectfully submitted,

*/s/Joshua M. Miklowski*
Walter A. Lucas (0068150)
SLucas@westonhurd.com
Joshua M. Miklowski (0085690)
jmiklowski@westonhurd.com
Weston Hurd LLP
The Tower at Erieview
1301 East 9th Street, Suite 1900
Cleveland, Ohio 44114-1862
(216) 241-6602 / (216) 621-8369 (fax)
*Attorneys for Defendant* ▮▮▮▮▮

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court system.

/s/Joshua M. Miklowski
Joshua M. Miklowski (0085690)