ELECTRONICALLY FILED
6-9-20

# EXHIBIT B

EXHIBIT
Exhibit B



# Malibu Media v. ▮▮▮▮▮ No. 16-3628 (6th Cir. 2017)

**Annotate this Case**

↓ Download PDF



NOT RECOMMENDED FOR PUBLICATION
File Name: 17a0499n.06

No. 16-3628

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 28, 2017
DEBORAH S. HUNT, Clerk

MALIBU MEDIA, LLC,
  Plaintiff-Appellee,
v.
▮▮▮▮▮
  Defendant-Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

OPINION

BEFORE: SUHRHEINRICH, BATCHELDER, and STRANCH, Circuit Judges

JANE B. STRANCH, Circuit Judge. Malibu Media filed suit against ▮▮▮ for copyright infringement, alleging that he illegally downloaded various films owned by Malibu Media. ▮▮▮ brought a counterclaim against Malibu Media, seeking a declaratory judgment that he was not a copyright infringer, which the district court dismissed as redundant to the plaintiff's claims. Malibu Media filed a motion to voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a)(2), which the district court granted. ▮▮▮ appeals the

FindLaw
FOR LEGAL PROFESSIONALS

Search FindLaw

ACCURACY IS EVERYTHING.
Be confident that you'll never misquote a case.

/ MALIBU MEDIA LLC V DAVID RICUPERO

# MALIBU MEDIA LLC v.

Font size

United States Court of Appeals, Sixth Circuit.

MALIBU MEDIA, LLC, Plaintiff-Appellee, v. ▮ Defendant-Appellant.

No. 16-3628

Decided: August 28, 2017

BEFORE: SUHRHEINRICH, BATCHELDER, and STRANCH, Circuit Judges
OPINION

Malibu Media filed suit against ▮ or copyright infringement, alleging that he illegally downloaded various films owned by Malibu Media. ▮ brought a counterclaim against Malibu Media, seeking a declaratory judgment that he was not a copyright infringer, which the district court dismissed as redundant to the plaintiff's claims. Malibu Media filed a motion to voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a)(2), which the district court granted. ▮ ppeals the district court's dismissal of Malibu Media's claims against him and the dismissal of his counterclaim. For the following reasons, we AFFIRM.

I. BACKGROUND

Malibu Media, LLC, produce ▮ hat it offers on the web via paid subscription. Despite this fee structure, Malibu Media states that on a monthly basis approximately 80,000 U.S. residents use BitTorrent, a peer-to-peer file transfer protocol used for sharing large amounts of data over the Internet, to download Malibu Media's movies. This has spurred Malibu Media to file hundreds of copyright infringement claims in federal courts across the country, including more than 200 cases in the U.S. District Court for the Southern District of Ohio. ▮ argues that these cases are all similarly pled and follow an inappropriate litigation model.

Here Malibu Media brought suit against a John Doe defendant identified by his Internet Protocol (IP) address, alleging that he had used BitTorrent technology to download, copy, and distribute 26 movies copyrighted by Malibu Media. Malibu Media served a third-party subpoena on the Internet Service Provider connected to the IP address to obtain the identity of the subscriber, and

Stay up to date with the latest on the law!

Please enter your email address



By submitting this form, you agree to FindLaw.com's ▮ . We respect your ▮

This site is protected by reCAPTCHA and the Google ▮ ▮ and ▮ ▮ apply.

casetext

Search all cases and statutes... JX  Search   Help  Sign In  Sign Up

Opinion   Summaries   Case details

From Casetext: Smarter Legal Research

# Malibu Media, LLC v.

UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

Aug 28, 2017

No. 16-3628 (6th Cir. Aug. 28, 2017)   Copy Citation

Download PDF    Check Treatment

No. 16-3628

08-28-2017

MALIBU MEDIA, LLC, Plaintiff-Appellee, v.  Defendant-Appellant.

Red flags, copy-with-cite, case summaries, annotated statutes and more.

Compare with Westlaw >

JANE B. STRANCH, Circuit Judge.

NOT RECOMMENDED FOR PUBLICATION
File Name: 17a0499n.06 ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO OPINION
BEFORE: SUHRHEINRICH, BATCHELDER, and STRANCH, Circuit Judges

JANE B. STRANCH, Circuit Judge. Malibu Media filed suit against ▊ for copyright infringement, alleging that he illegally downloaded various films owned by Malibu Media. ▊ brought a counterclaim against Malibu Media, seeking a declaratory judgment that he was not a copyright infringer, which the district court dismissed as redundant to the plaintiff's claims. Malibu Media filed a motion to voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a)(2), which the district court granted. ▊ appeals the district court's dismissal of Malibu Media's claims against him and the dismissal of his counterclaim. For

# CASELAW ACCESS PROJECT
HARVARD LAW SCHOOL

Welcome to the Caselaw Access Project! We allow free access to up to 500 cases per person per day — see our terms of use for details. Sign up for an account to use our API or apply for unlimited research scholar access.

Malibu Media, LLC v. ▮▮▮ 705 F. App'x 402 (2017)

view API • view PDF

United States Court of Appeals for the Sixth Circuit

# MALIBU MEDIA, LLC, Plaintiff-Appellee, v. ▮▮▮ ▮▮▮ Defendant-Appellant

705 F. App'x 402

No. 16-3628

Aug. 28, 2017

United States Court of Appeals, Sixth Circuit.

*403 Matthew A. Dooley, O'Toole McLaughlin Dooley & Pécora, Sheffield Village, OH, for Plaintiff-Appellee

Joseph Bahgat, Law Office, Columbus, OH, Jason E. Sweet, Booth Sweet, Cambridge, MA, for Defendant-Appellant

BEFORE: SUHRHEINRICH, BATCHELDER, and STRANCH, Circuit Judges

**Opinion**
OPINION

Author: JANE B. STRANCH, Circuit Judge.

Malibu Media filed suit against ▮▮▮ for copyright infringement, alleging that he illegally downloaded various films owned by Malibu Media. ▮▮▮ brought a counterclaim against Malibu Media, seeking a declaratory judgment that he was not a copyright infringer, which the district court dismissed as redundant to the plaintiff's claims. Malibu Media filed a motion to voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a)(2), which the district court granted. ▮▮▮ appeals the district court's dismissal of Malibu Media's claims against him and the dismissal of his counterclaim. For the following reasons, we AFFIRM.

I. BACKGROUND

Malibu Media, LLC, produces ▮▮▮ that it offers on the web via paid subscription. Despite this fee structure, Malibu Media states that on a monthly basis approximately 80,000 U.S. residents use BitTorrent, a peer-to-peer file transfer protocol used



# CASEMINE

Browse cases ...

## Are you a practicing lawyer?

Casemine now lets you enhance your digital presence by creating your unique profile and claiming the cases you have appeared in.

**Click here to know more**

### CITATION CODES

### ATTORNEY(S)

### JUDGES

Jane Branstetter Stranch

### ACTS

Judiciary And Judicial Procedure — Declaratory Judgments — Particular Proceedings — Creation Of Remedy

Copyrights — Copyright Infringement And Remedies — Remedies For Infringement: Costs And Attorney's Fees

**Upload brief to use the new AI search**

### CITES

AGEMA V. CITY OF ALLEGAN
United States Court of Appeals, Sixth Circuit, 16 Jun 2016

W. WORLD INS. CO. V. HOEY
United States Court of Appeals, Sixth Circuit, 05 Dec 2013

BRG. MSC., V. UNIV.-MCA MUS. PUB
United States Court of Appeals, Sixth Circuit, 21 Oct 2005

SCOTTSDAL V. FLOWERS

---

Malibu Media, █████████
UNITED STATES COURT OF

Subsequent References

Similar Judgments

# MALIBU MEDIA, LLC V. ████

JANE B. STRANCH, Circuit Judge.

**NOT RECOMMENDED FOR PUBLICATION**

**File Name: 17a0499n.06**

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO OPINION **BEFORE: SUHRHEINRICH, BATCHELDER, and STRANCH, Circuit Judges**

**JANE B. STRANCH, Circuit Judge.** Malibu Media filed suit against ████ for copyright infringement, alleging that he illegally downloaded various films owned by Malibu Media. ████ brought a counterclaim against Malibu Media, seeking a declaratory judgment that he was not a copyright infringer, which the district court dismissed as redundant to the plaintiff's claims. Malibu Media filed a motion to voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a)(2), which the district court granted. ████ appeals the district court's dismissal of Malibu Media's claims against him and the dismissal of his counterclaim. For the following reasons, we **AFFIRM**.

## I. BACKGROUND

Malibu Media, LLC, ████ on the web via paid subscription. Despite this fee structure, Malibu Media states that on a monthly basis approximately ████ peer file ████ data over ████. This has spurred Malibu Media to file hundreds of copyright infringement claims in federal courts across the country, including more than 200 cases in the U.S. District Court for the



Date of search: 4/15/20

← → ○ ⌂ ⌂ https://www.google.com/search? ☆ ☆ ℓ ⇄ ⋯

G Google  R LMS▾  Intranet  dockets  research  Outlook Web App  ShareBase  Lexis  Complaints

Google  [redacted]  × Q  ⋮⋮⋮ Sign in

All  News  Images  Shopping  Videos  More  Settings  Tools

Page 3 of about 145,000 results (0.41 seconds)

books.google.com › books

Business Law and the Legal Environment, Standard Edition

books.google.com › books

Cengage Advantage Books: Essentials of Business Law

YOU BE THE JUDGE WRITING PROBLEM

www.govinfo.gov › details › USCOURTS-ca6-16-03628 ▾

16-3628 - Malibu Media, LLC v.

www.youtube.com › watch

law.justia.com › cases › federal › appellate-courts ▾

United States of America, Plaintiff-appellee, v. William T ...

Obituary

‹ Goooooooogle ›

Previous  1 2 3 4 5 6 7 8 9 10  Next

Date of search: 5/13/20

Google

Page 3 of about 145,000 results (0.41 seconds)

books.google.com › books

Business Law and the Legal Environment, Standard Edition

books.google.com › books

Cengage Advantage Books: Essentials of Business Law
YOU BE THE JUDGE WRITING PROBLEM

www.govinfo.gov › details › USCOURTS-ca6-16-03628
16-3628 - Malibu Media, LLC v.

www.youtube.com › watch

law.justia.com › cases › federal › appellate-courts
United States of America, Plaintiff-appellee, v. William T ...

‹ Gooooooooogle ›
Previous 1 2 3 4 5 6 7 8 9 10 Next

Date of search: 5/13/20

← → C 🔒 bing.com │ 945C5AF3684A481... ☆ 😀 ⋮

::: Apps  ◉ Welcome to Courtw...  V Erie cty  G Google  Rx LMS+  ◉ WH  📧 Intranet  📖 Thesaurus  ⓛ Lexis  »

6th Circuit Affirms Dismissal Of Accused File Sharer's ...
https://www.lexislegalnews.com/articles/20508/6th...

Wikipedia

YOU BE THE JUDGEWRITING PROBLEM

ite of search:
13/2020





startup have announced a strategic partnership to deliver an ...

Solved: YOU BE THE JUDGE WRITING PROBLEM

Schitt's Creek (TV Series 2015–2020) - Full Cast & Crew - IMDb
https://www.imdb.com/title/tt3526078/fullcredits
Schitt's Creek (TV Series 2015–2020) cast and crew credits, including actors, actresses, directors, writers and more.

Malibu Media, LLC v. ████ 5th Cir. | Judgment | Law ...
https://www.casemine.com/judgement/us/59aabeacadd7b0788913afe6
Get free access to the complete judgment in

MyPhotoMetrics - Picture Marketing App
https://www.slideshare.net/myeventmetrics/myphoto...
A quick video on how the MyPhotoMetrics picture marketing app works.

Malibu Media, LLC v ████ Case No. 2:14-cv-821 | S.D ...
https://www.casemine.com/judgement/us/5914e55cadd7b04934905514

< 1 ... 6 7 8 9 10 >

Date of search: 5/13/2020

search.yahoo.com/search

Apps | Welcome to Courts... | Erie cty | Google | LMS | WH | Intranet | Thesaurus | Lexis

Want more to discover? Make Yahoo Your Home Page. See breaking news & more every time you open your browser. | No Thanks

Sign In

Web | Images | ... | ... | ... | ... 

▮▮▮▮▮ Has Court or Arrest ...

te of search: 5/13/2020

🔍 search.yahoo.com/search

::: Apps  ◎ Welcome to Courtw...  ⩔ Erie cty  G Google  ℞ LMS-  ◎ WH  Intranet  Thesaurus  Lexis

Want more to discover? Make Yahoo Your Home Page. See breaking news & more every time you open your browser.    No Thanks

🔍

current home address, relatives, mobile phone number and email address.

Facebook, Twitter & MySpace on PeekYou

6th Circuit Affirms Dismissal Of Accused File Sharer's ...

Related searches

Prev  1  2  [3]  4  5  Next        29,800 results

ate of search: 5/13/2020  Settings  Help  Suggestions  Privacy (Updated)  Terms (Updated)  Privacy dashboard  Advertise  About ads  About this page  Powered by Bing™

search.yahoo.com/se

Apps | Welcome to Courtv... | Erie cty | Google | LMS | WH | Intranet | Thesaurus | Lexis

Want more to discover? Make Yahoo Your Home Page. See breaking news & more every time you open your browser. No Thanks

o he taped her phone conversations and, based on what he heard, sued for ▮▮▮▮▮ awyer, William Wuliger had the recorded conversations transcribed for use at

### Accused Downloader Appeals Dismissal Of Claims Against Him ...
www.lexislegalnews.com/articles/13554/accused...
A federal magistrate judge erred in granting voluntary dismissal of an adult movie studio&rsquo;s copyright infringement claims without prejudice, an Ohio man argues in a Dec. 21 brief in the Sixth Circuit U.S. Court of Appeals, contending that the disposition deprived him of the ability to seek a fees award as prevailing party for the studio&rsquo;s baseless lawsuit (Malibu ..

### NOT RECOMMENDED FOR PUBLICATION File Name: 17a0499n.06 No. 16 ...
www.opn.ca6.uscourts.gov/opinions.pdf/17a0499n...

### MALIBU MEDIA, LLC v.

Wikipedia
en.wikipedia.c

### Related searches

Prev  2  3  [4]  5  6  Next     44,200 results

Settings  Help  Suggestions  Privacy (Updated)  Terms (Updated)  Privacy dashboard  Advertise  About ads  About this page  Powered by Bing™

Date of search: 5/13/2020

