ELECTRONICALLY FILED
6-9-20

Case No. 16-3628

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**MALIBU MEDIA LLC,**

*Plaintiff-Respondent,*

v.

███████████████

*Defendant-Petitioner.*

From the United States District Court
for the Southern District of Ohio
Case No. 2:14-cv-00821

**DECLARATION OF** ███████████ **PURSUANT TO 28 U.S.C. § 1746**

EXHIBIT A

**EXHIBIT**
Declaration

## DECLARATION

I, ▮▮▮▮▮▮▮ declare under penalty of perjury that the following is true and correct, pursuant to 28 U.S.C. § 1746:

1. I am of lawful age and have personal knowledge of the matters set forth in this Declaration.

2. I am submitting this Declaration in support of the Motion to Redact the Petitioner's Full Name from the Court's Opinion ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3. I was named as a defendant ▮▮▮▮▮▮▮▮▮▮▮▮▮



5. I asserted counterclaims against Malibu Media, seeking a declaratory judgment of non-infringement and asserting a claim for abuse of process.

6. I vigorously defended against Malibu Media's allegations as they were completely false and injurious to my reputation. The claims against me were voluntarily dismissed by Plaintiff Malibu Media on May 13, 2016. The district court also dismissed my counterclaims against the Plaintiff.

EXHIBIT A

7. I appealed the district court's order dismissing my counterclaims, and, on August 28, 2017, this Court affirmed the lower court's decision.

8. This Court's written decision summarized the allegations that ███████████████████████████████████████████████████████████

9. Exhibit B, submitted in support of Petitioner's Motion to Seal or Redact, consists of true and accurate date- and Bates-stamped screenshots of internet web pages and internet searches. My attorneys applied rectangular marks to portions of the documents in order to highlight relevant search results.

10. Legal research vendors, ███████████████████ and others, have published this Court's decision on their websites. (See Exhibit B, at ███████████

███████████████████████████████████████████████████████████

12. The availability and easy access to the Court's written decision has had a ███████████████████████████████████████████████████████████

EXHIBIT A

13. In my professional life, I provide ███████████████

███████████████████████████████████████

14. I have looked into other ████ but ████████ also ask about the court case. My ██████████████████████

███████████████████████████████████████

15. Because of the court case, I left ████████

███████████████████████████████████████

EXHIBIT A

<mark>Case: 2:14-cv-00821-ALM-CMV Doc #: 115-3 Filed: 09/11/20 Page: 5 of 5 PAGEID #: 1505</mark>



18. For all of these reasons, I am respectfully requesting that the Court grant the relief being requested in my Motion to Seal this Court's Opinion Issued on August 28, 2017 or, in the Alternative, Redact Petitioner's Full Name from the Court's Opinion.

Further the Declarant sayeth naught.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/7/2020

EXHIBIT A